AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Webber, E. Richard | Eastern District of Missouri | 05/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Senior | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 1/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
111 S. Tenth St., Suite 8 South
St. Louis, MO 63102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Missouri State Judicial Retirement | $71,718.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Webber, E. Richard** | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $6,000.00 |
| 2. | David C. Pratt | Trip to Antigua on Yacht, 1-14-18 to 1-21-18 (see Part VIII). | $4,250.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 2. Savings Acct U.S. Bank | A | Interest | K | T | | | | | |
| 3. 1/2 interest in real estate / Scotland County, Missouri | E | Inheritance | N | W | | | | | |
| 4. Bank of Kirksville CD | A | Interest | K | T | | | | | |
| 5. Bank of Kirksville CDs - 1/2 Interest (grouped) | A | Interest | | | Sold | 07/15/18 | J | | |
| 6. Alcoa Aluminum (Common Stock) | A | Dividend | J | T | Sold (part) | 01/24/18 | J | A | |
| 7. Alcoa Aluminum (Common Stock) | A | Dividend | J | T | Sold (part) | 01/25/18 | J | A | |
| 8. Amazon | A | Dividend | L | T | Sold (part) | 10/25/18 | J | D | |
| 9. Amazon | A | Dividend | L | T | Buy (add'l) | 03/08/18 | J | | |
| 10. Amazon | A | Dividend | L | T | Buy (add'l) | 03/09/18 | J | | |
| 11. Amazon | A | Dividend | L | T | Buy (add'l) | 07/23/18 | K | | |
| 12. Amazon | A | Dividend | L | T | Buy (add'l) | 07/25/18 | J | | |
| 13. Amazon | A | Dividend | L | T | Buy (add'l) | 08/27/18 | J | | |
| 14. Amazon | A | Dividend | L | T | Buy (add'l) | 01/30/18 | J | | |
| 15. Amazon | A | Dividend | L | T | Buy (add'l) | 05/16/18 | J | | |
| 16. Amazon | A | Dividend | L | T | Buy (add'l) | 06/12/18 | J | | |
| 17. Amazon | A | Dividend | L | T | Buy (add'l) | 07/17/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Webber, E. Richard** | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Tower | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 19. Apple (Common Stock) | A | Dividend | | | Buy (add'l) | 07/30/18 | K | | |
| 20. Apple (Common Stock) | A | Dividend | | | Sold | 10/25/18 | K | C | |
| 21. Apple (Common Stock) | A | Dividend | K | T | Buy (add'l) | 11/30/18 | K | | |
| 22. Arconic (Common Stock) | A | Dividend | | | Sold (part) | 01/24/18 | J | A | |
| 23. Arconic (Common Stock) | A | Dividend | | | Sold | 01/25/18 | J | C | |
| 24. AT&T (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Bank of New York Mellon (Common Stock) | A | Dividend | K | T | Buy (add'l) | 03/20/18 | J | | |
| 26. Bank of New York Mellon (Common Stock) | A | Dividend | K | T | Buy (add'l) | 03/26/18 | J | | |
| 27. Berkshire Hathaway (Common Stock - Class B) | A | Dividend | | | Sold | 10/25/18 | K | E | |
| 28. Ford Motor Company (Common Stock) | A | Dividend | K | T | Sold (part) | 01/30/18 | J | A | |
| 29. Ford Motor Company (Common Stock) | A | Dividend | K | T | Buy | 03/20/18 | J | | |
| 30. Ford Motor Company (Common Stock) | A | Dividend | K | T | Sold (part) | 07/30/18 | K | B | |
| 31. Ford Motor Company (Common Stock) | A | Dividend | K | T | Buy | 09/07/18 | K | | |
| 32. General Electric (Common Stock) | A | Dividend | | | Buy (add'l) | 03/28/18 | J | | |
| 33. General Electric (Common Stock) | A | Dividend | | | Buy (add'l) | 01/30/18 | J | | |
| 34. General Electric (Common Stock) | A | Dividend | | | Sold | 12/13/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Webber, E. Richard | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Global X Copper | A | Dividend | | | Sold | 05/16/18 | J | A | |
| 36. Lowes Companies (Common Stock) | A | Dividend | K | T | Buy (add'l) | 01/24/18 | J | | |
| 37. Lowes Companies (Common Stock) | A | Dividend | K | T | Buy | 07/17/18 | J | | |
| 38. McDonald's (Common Stock) | A | Dividend | K | T | Sold (part) | 07/17/18 | K | E | |
| 39. McDonald's (Common Stock) | A | Dividend | K | T | Buy (add'l) | 10/29/18 | K | | |
| 40. Microsoft (Common Stock) | A | Dividend | K | T | Buy (add'l) | 07/30/18 | J | | |
| 41. Proctor and Gamble | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 42. Wal-Mart | A | Dividend | L | T | Buy (add'l) | 01/30/18 | J | | |
| 43. Wells Fargo Company (Common Stock) | A | Dividend | K | T | | | | | |
| 44. Yum Brands (Common Stock) | A | Dividend | K | T | | | | | |
| 45. Centene Co (Common Stock) | A | Dividend | K | T | Buy (add'l) | 07/30/18 | J | | |
| 46. Danaher Corp. | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 47. Home Depot (Common Stock) | A | Dividend | | | Sold | 07/11/18 | J | B | |
| 48. Franklin Templeton US Gov't Sec. Fund- Class A | C | Dividend | | | Sold | 04/09/18 | L | E | |
| 49. John Hancock Annuity Lifestyle Growth | C | Dividend | K | T | | | | | |
| 50. Transamerica Life Ins. Co. Whole Life Insurance Policy | A | Interest | K | T | | | | | |
| 51. State Farm Whole Life (64) | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Webber, E. Richard** | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | State Farm Whole Life (67) | A | Dividend | J | T | | | | | |
| 53. | Lincoln Financial Insurance (whole life) | A | Dividend | J | T | | | | | |
| 54. | Blanchard (gold) (See VIII) | A | Dividend | J | T | Buy<br>(add'l) | 01/01/18 | J | | |
| 55. | Stifel American Funds ICAA (Mutual Fund) | A | Dividend | | | Sold | 03/07/18 | J | C | |
| 56. | Stifel American Funds AmCap | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 57. | Stifel American Funds New Economy | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 58. | Alger Capital Appreciations Fund Mutual Fund | A | Dividend | J | T | Sold<br>(part) | 09/13/18 | J | A | |
| 59. | FMI International Mutual Fund | A | Dividend | J | T | Sold<br>(part) | 09/13/18 | J | B | |
| 60. | FMI International Mutual Fund | A | Distribution | J | T | Buy | 03/12/18 | J | | |
| 61. | FMI International Mutual Fund | A | Dividend | J | T | Sold<br>(part) | 07/25/18 | J | A | |
| 62. | FMI International Mutual Fund | A | Dividend | J | T | Sold<br>(part) | 07/29/18 | J | A | |
| 63. | Glenmeade Large Cap Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 64. | Pimco Income Fund International (Bond Fund) | A | Interest | | | Sold | 03/06/18 | K | B | |
| 65. | T Rowe Price Global Technology Mutual Fund | A | Dividend | | | Sold | 10/11/18 | K | D | |
| 66. | T Rowe Price International Discovery | A | Dividend | J | T | | | | | |
| 67. | T Rowe Price QM Small Cap Growth Mutual Fund | A | Dividend | K | T | Sold<br>(part) | 09/13/18 | J | C | |
| 68. | T Rowe Price QM Small Cap Growth Mutual Fund | A | Dividend | K | T | Sold<br>(part) | 09/30/18 | J | A | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | T Rowe Price QM Small Cap Growth Mutual Fund | A | Dividend | K | T | Sold (part) | 10/12/18 | J | A | |
| 70. | AIG Focused Strategy (formerly SunAmerica) | A | Dividend | | | Sold (part) | 07/25/18 | J | B | |
| 71. | AIG Focused Strategy (formerly SunAmerica) | A | Dividend | | | Sold (part) | 08/24/18 | J | A | |
| 72. | AIG Focused Strategy (formerly SunAmerica) | A | Dividend | | | Sold | 09/13/18 | K | D | |
| 73. | Victory Sycamore Establishment Value Fund (Mutual Fund) | A | Dividend | | | Sold | 03/06/18 | K | C | |
| 74. | Eaton Vance Atlanta Capital SMID Cap Fund (Mutual Fund) | B | Interest | K | T | | | | | |
| 75. | Fidelity Advisor Materials Fd Class A | A | Dividend | | | Buy (add'l) | 03/12/18 | J | | |
| 76. | Fidelity Advisor Materials Fd Class A | A | Dividend | | | Sold | 09/13/18 | J | A | |
| 77. | Franklin Templeton Tax Free Inc. (Mutual Fund) | A | Interest | | | Sold | 03/27/18 | J | A | |
| 78. | Mairs and Power Growth Fund (Mutual Fund) | A | Dividend | | | Sold (part) | 03/06/18 | J | A | |
| 79. | Mairs and Power Growth Fund (Mutual Fund) | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 80. | Nuveen All American Muni Bond Fund | A | Int./Div. | K | T | Buy (add'l) | 04/26/18 | K | | |
| 81. | Nuveen All American Muni Bond Fund | A | Int./Div. | K | T | Sold (part) | 09/13/18 | K | B | |
| 82. | Nuveen All American Muni Bond Fund | A | Int./Div. | K | T | Buy (add'l) | 09/18/18 | J | | |
| 83. | Parmassers Endeavor Fund | A | Dividend | | | Sold | 09/13/18 | J | B | |
| 84. | Fidelity OTC Portfolio | A | Dividend | J | T | Buy (add'l) | 03/12/18 | J | | |
| 85. | Fidelity OTC Portfolio | A | Dividend | J | T | Buy (add'l) | 09/13/18 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Fidelity OTC Portfolio | A | Dividend | J | T | Buy<br>(add'l) | 09/18/18 | J | | |
| 87. Fidelity OTC Portfolio | A | Dividend | J | T | Sold<br>(part) | 12/12/18 | J | A | |
| 88. American Balanced Fund (Mutual Fund) | A | Int./Div. | J | T | | | | | |
| 89. Pimco Foreign Bond Fund | A | Interest | | | Sold | 03/06/18 | J | A | |
| 90. Fidelity Real Estate Investment Portfolio (Mutual Fund) | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 91. Western Asset Managed Muni C (Legg Mason) (Mutual Fund) | A | Interest | K | T | | | | | |
| 92. Western Asset Short Duration Muni C (S&W 1/2 interest) (Legg Mason) | A | Interest | J | T | | | | | |
| 93. Legg Mason - Western Asset Managed Muni C (S&W 1/2 interest) | A | Interest | K | T | | | | | |
| 94. EuroPacific Fd GWA 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 95. American Fund AMCAP GWA 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 96. EuroPacific Fd IWM 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 97. American Fund AMCAP IWM 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 98. Alibaba | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 99. Alibaba | A | Dividend | K | T | Buy | 10/18/18 | J | | |
| 100. BAIDU | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 101. Buffalo Discovery | A | Dividend | | | Buy | 03/09/18 | J | | |
| 102. Buffalo Discovery | A | Dividend | | | Sold | 07/13/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Webber, E. Richard** | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Enterprise Products Partners | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 104.  Fidelity OTC Portfolio | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 105.  Fidelity Advisor Medical | A | Dividend | | | Buy | 03/09/18 | J | | |
| 106.  Fidelity Advisor Medical | A | Dividend | | | Sold | 07/13/18 | J | A | |
| 107.  Fidelity Advisor Focus Technology | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 108.  Hanes Brand (Common Stock) (See VIII) | A | Dividend | | | Sold | 11/16/18 | J | A | |
| 109.  Ivy Emerging Market Equity Fd. | A | Dividend | | | Buy | 03/09/18 | J | | |
| 110.  Ivy Emerging Market Equity Fd. | A | Dividend | | | Buy<br>(add'l) | 03/12/18 | J | | |
| 111.  Ivy Emerging Market Equity Fd. | A | Dividend | | | Sold<br>(part) | 07/13/18 | J | A | |
| 112.  Ivy Emerging Market Equity Fd. | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 113.  MSIF International Growth Portfolio Fd. | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 114.  MSIF International Opportunity Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 115.  MSIF International Opportunity Fund | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 116.  T Rowe Price Blue Chip Growth | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 117.  Vanguard Long-Term International | A | Interest | | | Buy | 03/09/18 | K | | |
| 118.  Vanguard Long-Term International | A | Interest | | | Sold | 08/23/18 | K | A | |
| 119.  Virtis Kar Small Cap Growth | A | Dividend | J | T | Buy | 03/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Webber, E. Richard** | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   Virtis Kar Small Cap Growth | A | Dividend | J | T | Buy<br>(add'l) | 09/01/18 | J | | |
| 121.   Virtis Kar Small Cap Growth | A | Dividend | J | T | Buy<br>(add'l) | 09/18/18 | J | | |
| 122.   Virtis Kar Small Cap Growth | A | Dividend | J | T | Buy<br>(add'l) | 09/26/18 | J | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information:  Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I:  Partner, Eureka Land Company - Approximately thirty-five years ago, I and four other men purchased ▮▮▮▮▮▮▮ of low productive land by each contributing $3000.00.  It is used for hunting and farming.  The annual income to me is around $500.00.  There are no officers.  There is a small old barn on the premises.  I have no leadership role among the five owners.

Blanchard (gold) - This is a monthly purchase.

I purchased Hanes Brand (Common Stock) on July 24, 2017, and sold it on November 16, 2018. I mistakenly did not include it on my 2017 report.

Part V. Gifts: I mistakenly reported on my 2017 report a trip to Antigua given to me by David C. Pratt. It actually occurred in 2018 so I have included it on this report as well.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ E. Richard Webber**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544